IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 18-cv-01139-RBJ-NYW

ZORAIDA POWELL,

    Plaintiff,

v.

IL VICINO INTERNATIONAL, LLC, d/b/a IL Vicino University Village and
UNIVERSITY VILLAGE DEVELOPERS, LLC,

    Defendants.

---

ORDER

---

This matter is before the Court on the June 14, 2018 Recommendation of Magistrate Judge Nina Y. Wang, ECF No. 11. The Recommendation sua sponte recommends dismissal of this case for lack of subject matter jurisdiction.

The Recommendation advised the plaintiff that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. *Id.* at 4. Despite this advisement, no objection to Magistrate Judge Wang's Recommendation was filed by the plaintiff. "In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991).

The Court has reviewed the relevant pleadings concerning the Recommendation. Plaintiff has not shown diversity of citizenship between her and defendant University Village

Developers, LLC.  Moreover, the magistrate judge's research in the records of the Colorado Secretary of State tends to indicate that there probably is not complete diversity of citizenship. ECF No. 11 at 3-4.  Therefore, the Court concludes that the magistrate judge's analysis is correct, and that "there is no clear error on the face of the record."  Fed. R. Civ. P. 72 advisory committee's note.  Therefore, the Court AFFIRMS and ADOPTS the Recommendation as the findings and conclusions of this Court.

Accordingly, it is ORDERED that this civil action is dismissed without prejudice.

DATED this 27th day of August, 2018.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge